**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

***In Re: American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation***
***MDL No. 2325***

**Civil Action No.** 2:13CV33485

---

**SHORT FORM COMPLAINT**

Come now the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The First Amended Master Complaint in MDL No. 2325 by reference. Plaintiff(s) further show the court as follows:

1. Female Plaintiff

   Connie Marie Barber

2. Plaintiff's Spouse (if applicable)

   Jeff Barber

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

   ____________________________

4. State of Residence

   Indiana

5. District Court and Division in which venue would be proper absent direct filing.

   United States District Court for the Northern District of Indiana - South Bend Division

6. Defendants (Check Defendants against whom Complaint is made):

   ☒ A. American Medical Systems, Inc. ("AMS")

   ☐ B. Ethicon, Inc.

☐ C. Ethicon, LLC

☐ D. Johnson & Johnson

☐ E. Boston Scientific Corporation

☐ F. C. R. Bard, Inc. ("Bard")

☐ G. Sofradim Production SAS ("Sofradim")

☐ H. Tissue Science Laboratories Limited ("TSL")

☐ I. Mentor Worldwide LLC

☐ J. Coloplast Corp.

☐ K. Cook Incorporated

☐ L. Cook Biotech, Inc.

☐ M. Cook Medical, Inc.

7. Basis of Jurisdiction

☒ Diversity of Citizenship

☐ Other: ________________________________

A. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

Paragraphs 11, 12, and 13

_____________________________

_____________________________

B. Other allegations of jurisdiction and venue:

_____________________________________________________________________________

_____________________________________________________________________________

_____________________________________________________________________________

_____________________________________________________________________________

8. Defendants' products implanted in Plaintiff (Check products implanted in Plaintiff)

- ☐ A. Apogee
- ☐ B. Perigee
- ☐ C. MiniArc Sling
- ☐ D. Monarc Subfascial Hammock
- ☒ E. SPARC
- ☐ F. In-Fast
- ☐ G. BioArc
- ☐ H. Elevate
- ☐ I. Straight-In
- ☐ J. Other

____________________________________________

____________________________________________

9. Defendants' Products about which Plaintiff is making a claim. (Check applicable products):

- ☐ A. Apogee
- ☐ B. Perigee
- ☐ C. MiniArc Sling
- ☐ D. Monarc Subfascial Hammock
- ☒ E. SPARC
- ☐ F. In-Fast
- ☐ G. BioArc
- ☐ H. Elevate
- ☐ I. Straight-In
- ☐ J. Other

________________________________________

________________________________________

10. Date of Implantation as to Each Product:

2/17/2010

______________________________

11. Hospital(s) where Plaintiff was implanted (including City and State):

Elkhart General Hospital – Elkhart, Indiana

12. Implanting Surgeon(s):

Peter Fretz

13. Counts in the Master Complaint brought by Plaintiff(s):

☒ Count I – Negligence

☒ Count II – Strict Liability – Design Defect

☒ Count III – Strict Liability – Manufacturing Defect

☒ Count IV – Strict Liability – Failure to Warn

☒ Count V – Strict Liability – Defective Product

☒ Count VI – Breach of Express Warranty

☒ Count VII – Breach of Implied Warranty

☒ Count VIII – Fraudulent Concealment

☒ Count IX – Constructive Fraud

☒ Count X – Discovery Rule, Tolling and Fraudulent Concealment

☒ Count XI – Negligent Misrepresentation

☒ Count XII – Negligent Infliction of Emotional Distress

☒ Count XIII – Violation of Consumer Protection Laws

☒ Count XIV – Gross Negligence

☒ Count XV – Unjust Enrichment

☒ Count XVI – (By the Spouse) – Loss of Consortium

☒ Count XVII – Punitive Damages

☐ Other ___________________ (please state the facts supporting this Count in the space, immediately below)

☐ Other ___________________ (please state the facts supporting this Count in the space, immediately below)

_______________________________________________________________________________
_______________________________________________________________________________
_______________________________________________________________________________
_______________________________________________________________________________

*s/ J. Steve Mostyn*
J. Steve Mostyn
Texas Bar No. 00798389
**MOSTYN LAW FIRM**
3810 West Alabama Street
Houston, TX 77027
(713) 861-6616 Telephone
(713) 861-8084 Facsimile

Kurt Arnold
Texas Bar No. 24036150
Jason Itkin
Texas Bar No. 24032461
Noah Wexler
Texas Bar No. 24060816
**ARNOLD & ITKIN LLP**
6009 Memorial Drive
Houston, TX 77007
(713) 222-3800 Telephone
(713) 222-3850 Facsimile

**ATTORNEYS FOR PLAINTIFF**